UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:09-cr-572-T-30TGW

MARK ANTHONY MYRIE
_____/

# **ORDER**

THIS CAUSE came on for consideration upon Defendant Mark Myrie's Motion for Reconsideration of the August 7th Order (Dkt. #384). The motion again points out that it is within the broad discretion of this Court to grant a new trial if required in the interests of justice, even if the evidence was sufficient for conviction under Rule 29.

This Court is aware that it has the discretion to grant a new trial. And the Court would grant a new trial on the gun count if it perceived some infirmity in the trial process that contributed to the jury's finding of guilt. But that is not the case.

This Court granted a judgment of acquittal on the gun count solely because it deemed the evidence insufficient to find Myrie guilty beyond a reasonable doubt, not because of a lack of credibility of the witnesses on that issue or that an error in trial procedure contributed to the finding of guilt. In fact, the evidence on the gun count was basically undisputed. This Court set aside the jury's finding of guilt because it determined, if guns and drugs do not *always* go together, Myrie had a strong argument that he could not reasonably foresee a gun being present at the transaction since he had no idea who the buyer was, much less the

buyer's anticipated normal method of doing business. The Eleventh Circuit disagreed and concluded that the evidence was sufficient for a jury to conclude that the presence of a gun at the transaction was reasonably foreseeable to Myrie. Since this Court's judgment of acquittal was based only on the sufficiency of the evidence, not on any infirmity in the trial process itself, Myrie's motion for a new trial was denied.

It is therefore ORDERED AND ADJUDGED that Defendant Mark Myrie's Motion for Reconsideration of the August 7th Order (Dkt. #384) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on August 16, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-572.reconsider 384.wpd