# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO:  8:09-cr-572-T-30TGW

MARK ANTHONY MYRIE

_____/

# ORDER

This cause comes before the Court on Government's Motion for Reconsideration [Dkt. 424]. The Government is requesting the Court to reconsider and set aside its January 4, 2013 Order granting the Defendant's request for the seizure of a juror's computers.

It is therefore ORDERED AND ADJUDGED that:

1.    Government's Motion for Reconsideration [Dkt. 424] is GRANTED. The Court vacates [Dkt. 422] Order directing seizure of Juror Terri Wright's computers.

2.    Terri Wright is ordered to produce the computer(s) or hard drive(s) , if separate from the computer(s), which she used to conduct research pertaining to the trial proceedings of Mark Myrie. Ms. Wright shall bring the computer(s) or hard drive(s), without any alteration, to the EVIDENTIARY HEARING scheduled on THURSDAY, FEBRUARY 19, 2013, at 10:00 A.M. in Courtroom 13A at the U. S. Sam Gibbons Courthouse, 801 North Florida Avenue, Courtroom #13A, Tampa, Florida  33602.

3.    Terri Wright may raise any objections she may have to the production of the computer(s) at the evidentiary hearing. Ms. Wright has the right to have a lawyer represent her in this proceeding. If she is unable to afford a lawyer, the Court will consider appointing a lawyer for her after inquiry into her financial ability to hire a lawyer.

4.     The U.S. Marshal's Office is directed to serve this Order on Terri Wright.

**DONE** and **ORDERED** in Tampa, Florida on January 8, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

COPIES FURNISHED TO:
Counsel/Parties of Record
U. S. Marshal's Office

*S:\Even\2009\09-cr-572.reconsideration424.wpd*